m\

FILED BY _____ D.C.
05 MAY -4 PM 3:49

ROBERT R. DI TROLIO
CLERK U.S. DIST. CT.
W.D. OF TN, MEMPHIS

FILED BY _JHH_____ D.C.
05 MAY -3 PM 3:34

ROBERT R. DI TROLIO
CLERK U.S. DIST. CT.
W.D. OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT AT TENNESSEE
## WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

DAREN MACLIN,

    Defendant.

CR. NO. 04-20100-M1-V

MOTION GRANTED
Reset to Friday July 8, 2005 at 2:00 p.m.

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

May 4, 2005
DATE

## MOTION TO CONTINUE SENTENCING DATE

Comes now the defendant, by and through counsel, Bill Anderson Jr., and moves the court to continue the sentencing date for the Defendant currently scheduled for May 9, 2005.

In support of said motion, counsel would respectfully show unto the court that he is currently set to try another matter in a court of the Honorable Bernice Donald starting on May 9th at 9:00 a.m. further, there is a witness that the defense would like to call in the sentencing hearing who has a conflict and can not appear on the current sentencing date of May 9, 2005. The Defendant would respectfully requests that the sentencing date be continued for approximately thirty (30) days so as to allow the Defendant to have his witnesses available and be prepared to conclude this matter.

The representative for the United States, Assistant United States Attorney Steve Parker, joins in this motion and has no objection to the continuance.

183

Respectfully submitted;

*[signature]*
BILL ANDERSON, Jr. #10363
142 North Third, 3rd. Floor
Memphis, Tennessee 38103
(901) 527-6521

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document has been furnished to the Assistant United States Attorney, Steve Parker at 167 North Main Street, Room 800, Memphis, Tennessee 38103 on this the __3__ day of __May__, 2005.

BY:_____

BILL ANDERSON, JR.,
Attorney for Defendant

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 183 in case 2:04-CR-20100 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William C. Anderson
ANDERSON LAW FIRM
142 North Third St.
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT