FILED BY ___ D.C.

05 JUN -1 PM 3:59

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT AT TENNESSEE
WESTERN DIVISION

2005 MAY 25 PM 1:43

UNITED STATES OF AMERICA,

Plaintiff,

VS. CR. NO. 04-20100-M1-V

DAREN MACLIN,

Defendant.

MOTION GRANTED
Reset to Thursday, July 21, 2005 at 2:30 p.m.
JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
May 31, 2005
DATE

MOTION REQUESTING RE: SETTING OF SENTENCING DATE

Comes now the defendant, by and through counsel, Bill Anderson Jr., and moves this court to re:set the sentencing date for the defendant currently scheduled for July 8, 2005, at 2:00 p.m.. Counsel would show, for good cause, the following:

1. Counsel has had long standing plans to be out of the city on vacation from the dates of July 1, 2005 until July 10, 2005.

WHEREFORE, PREMISES CONSIDERED, COUNSEL RESPECTFULLY REQUEST that the sentencing date in this matter either be advanced to an earlier date prior to July 8, 2005, or, in the alternative, to the next available date after July 10, 005.

Respectfully submitted;

BILL ANDERSON, Jr. #10363
142 North Third, 3rd. Floor
Memphis, Tennessee 38103
(901) 527-6521

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6/1/05

191

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document has been furnished to the Assistant United States Attorney, Steve Parker at 167 North Main Street, Room 800, Memphis, Tennessee 38103 on this the 27 day of May, 2005.

BY: [signature]

BILL ANDERSON, JR.,
Attorney for Defendant

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 191 in case 2:04-CR-20100 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Joshua B. Spickler
LAW OFFICE OF JOSHUA B. SPICKLER
246 Adams Ave.
Memphis, TN 38103

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

William C. Anderson
ANDERSON LAW FIRM
142 North Third St.
Memphis, TN 38103

Glenn Wright
WILSON & WRIGHT
50 N. Front St.
Ste. 640
Memphis, TN 38103

Lee Wilson
WILSON & WRIGHT
50 N. Front St.
Ste. 640
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT