IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 26 PM 1:27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Cr. No. <u>04-20100-M1</u> |
| KYBRIC DOUGLAS AND DARREN MACLIN, | ) |
| Defendants. | ) |

## ORDER

Upon motion of the United States of America by and through counsel, Terrell L. Harris, United States Attorney for the Western District of Tennessee, counts 1, 3, and 4 of the indictment are hereby dismissed for defendants, Kybric Douglas and Darren Maclin.

IT IS SO ORDERED this _26_ day of July, 2005

JON P. McCALLA
United States District Judge

Approved:

Stephen C. Parker, AUSA

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __7-26-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 213 in case 2:04-CR-20100 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

William C. Anderson
ANDERSON LAW FIRM
142 North Third St.
Memphis, TN 38103

Joshua B. Spickler
LAW OFFICE OF JOSHUA B. SPICKLER
246 Adams Ave.
Memphis, TN 38103

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT