# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE
# AT MEMPHIS

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case. No.: 04-20100-Ml

　　　　　　　　　　　　　　MOTION GRANTED

DARREN MACKLIN,

　　　　　　　　　　　　　　　　　　　JON PHIPPS McCALLA
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

　　　　Defendant.

## REQUEST TO EXTEND SURRENDER DATE

COMES NOW, the defendant, Darren Macklin, by and through counsel and respectfully requests this Honorable Court grant him a 60 day extension on his date to report to the Federal Bureau of Prisions. The defendant is currently ordered to report on September 6, 2005. The defendant would show, for good cause, the following;

　　1.　The defendant has not had sufficient time since his sentencing date to adequately prepare his family and his financial situation for the extensive period of time that he will be away serving his sentence.

　　2.　The defendant recently started treatment in a depression clinical trial (see attached) and, based on the defendant's history, this trial should be extremely beneficial to the defendant and his future mental health.

　　3.　The Assistant United States Attorney, Mr. Steve Parker, has no objection to the extension of the surrender date for sixty days. He further indicated that he would be opposed to an extension any further out than sixty days.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-29-05

**WHEREFORE, PREMISES CONSIDERED,** counsel respectfully requests that the defendants date to surrender to the Federal Bureau of Prisons be extended for a sixty day period of time.

Respectfully Submitted:

_____
Bill Anderson, Jr. BPR # 10363
Attorney for Defendant
369 N. Main St.
Memphis TN 38103
(901) 527-6561

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 220 in case 2:04-CR-20100 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

William C. Anderson
ANDERSON LAW FIRM
369 N. Main St.
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT