IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| VS | ) | CASE NO. 2:04CR20100-Ml |
| DARREN MACKLIN | ) | |
| Defendant. | ) | |

## *E-X-T-E-N-D-E-D ORDER TO SURRENDER

The defendant, Darren Macklin, having been sentenced in the above case to the custody of the Bureau of Prisons and having been granted leave by the Court to report to the designated facility, **IS HEREBY ORDERED** to surrender to the Bureau of Prisons by reporting to **FCI Forrest City (Med), P.O. Box 7000, Forrest City, AR 72335** by 2:00 p.m. on ***MONDAY, NOVEMBER 7, 2005.**

**IT IS FURTHER ORDERED** that upon receipt of a copy of this Order the defendant shall sign one copy of this Order in the proper space below and return it to the Clerk of the Court in the enclosed self-addressed envelope, acknowledging that he/she has received a copy of this Order, and that he/she will report as ordered to the facility named above.

**ENTERED** this the 31 day of August, 2005

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-2-05



## ACKNOWLEDGEMENT

I agree to report as directed above and understand that if I fail to report, I may be cited for contempt of Court and if convicted, may be punished by imprisonment, fine or both.

Signed: _____
                         Defendant

Date: _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 221 in case 2:04-CR-20100 was distributed by fax, mail, or direct printing on September 2, 2005 to the parties listed.

---

William C. Anderson
ANDERSON LAW FIRM
369 N. Main St.
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT