IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

FILED BY _____ D.C.

05 NOV -2 AM 7: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

Plaintiff,

**MOTION GRANTED**

v.

JON PHIPPS McCALLA
U.S. DISTRICT

11/1/05
DATE

Case No.: 04-20100-M1

DARREN MACKLIN,

Defendant.

## REQUEST TO EXTEND SURRENDER DATE

COMES NOW, the defendant, Darren Macklin, by and through counsel and respectfully requests this Honorable Court grant him a 60 day extension on his date to report to the Federal Bureau of Prisions. The defendant is currently ordered to report on November 7, 2005. The defendant would show, for good cause, the following;

1. The defendant is continuing treatment in a depression clinical trial (see attached) and, based on the defendant's history, this trial should be extremely beneficial to the defendant and his future mental health. The additional 60 days would allow the defendant to complete the trial and have stable medication to take with him to prison.

2. The Assistant United States Attorney, Mr. Steve Parker, takes no position as to the request for the extension of the surrender date for sixty days.

**WHEREFORE, PREMISES CONSIDERED,** counsel respectfully requests that the defendants date to surrender to the Federal Bureau of Prisons be extended for a sixty day period of time.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-2-05

(229)

Respectfully Submitted:

*[signature]*

Bill Anderson, Jr. BPR # 10363
Attorney for Defendant
369 N. Main St.
Memphis TN 38103
(901) 527-6561

## CERTIFICATE OF SERVICE

I, Bill Anderson, hereby certify that a true and correct copy of the foregoing has been mailed via U.S. Mail, postage pre-paid, to Assistant United States Attorney, Mr. Steve Parker, 167 N. Main St. Room 800, Federal Building, Memphis, TN 38103 on this the 1st day of Nov., 2005.

*[signature]*
Bill Anderson

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 229 in case 2:04-CR-20100 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William C. Anderson
ANDERSON LAW FIRM
369 N. Main St.
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT